39156. Johnnie B. Jordan v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner

remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.